Douglas Dale Delair, Vincent M. Powers, Vincent M. Powers & Associates, Lincoln, NE, for Appellees.

Delair & Delair, pro se.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Glenn Waite appeals the district court's[1] denial of his motion for declaratory relief.

[1]. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Upon careful review of the record, *see Frulla v. CRA Holdings Inc.,* 543 F.3d 1247, 1251 (11th Cir.2008) (standard of review), including Waite's prior unsuccessful appeal, *see Waite v. DeLair,* 3 Fed.Appx. 574 (8th Cir.2001) (unpublished per curiam), we conclude that the instant appeal is governed by the law-of-the-case doctrine, *see Jones v. United States,* 255 F.3d 507, 510 (8th Cir.2001) (all issues decided by appellate court become law of the case; this rule extends not only to actual holdings but also to all issues implicitly settled in prior holdings); *United States v. Bartsh,* 69 F.3d 864, 866 (8th Cir.1995) (law-of-the-case doctrine prevents relitigation of settled issue in case and requires courts to adhere to decisions made in earlier proceedings). Accordingly, we affirm.

**William GRACE, Sr., Appellant,**

v.

**E. HARRIS, Nurse; Susan Singer, Doctor; Nurse Jones; Eugene Stubblefield, Individually and as Superintendent of the Division of Corrections City of St. Louis, Appellees.**

No. 08–2478.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 23, 2009.

Filed: Oct. 23, 2009.

William Grace, Sr., Bonne Terre, MO, pro se.

Peter J. Dunne, Jessica L. Liss, Rabbitt & Pitzer, St. Louis, MO, for E. Harris, Susan Singer, Nurse Jones.

Daniel Joseph Emerson, Assistant City Counselor, City Counselor's Office, St. Louis, MO, for Eugene Stubblefield.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate William Grace, Sr., appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the record, *see Roe v. Crawford,* 514 F.3d 789, 793 (8th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 109, 172 L.Ed.2d 34 (2008), we agree with the district court that summary judgment was warranted. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Grace's motion for appointment of counsel and appellees' motion to dismiss.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.